# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# KANSAS CITY DIVISION

## MINUTE SHEET

**UNITED STATES OF AMERICA**                     Date:    September 16, 2014

vs.                                              Case No.: 11-00223-10-CR-W-BCW

**JEFFREY A. OLSON**

---

**Honorable Brian C. Wimes, presiding at Kansas City, Missouri**

**Nature of Hearing:**   Sentencing

**Time Commenced:**   1:30 p.m.                  **Time Terminated:** 2:30 p.m.

### APPEARANCES

**Plaintiff's counsel:**     Daniel Nelson, AUSA
**Defendant's counsel:**     John Gromowsky, CJA
**Probation officer:**       Jeremy Thomas & Matt Walterbach

---

**1:30 p.m.**   **PROCEEDINGS IN COURTROOM:**   Above parties present.   Court takes up objection to the Presentence Report and Court adopts P.S.I.R. with changes as stated on the record.   Court asserts statutory guidelines. Counsel make sentence recommendations.   Defendant accorded allocution.

**SENTENCE:** Defendant committed to custody of BOP for a period of 12 months and 1 day on Count 41; followed by 3 years SUPERVISED RELEASE w/standard and additional conditions imposed.   FINE: waived; MSA: $100; RESTITUTION: $171,806.   Dft advised of right to appeal; allowed to self-surrender to an institution designated by the Bureau of Prisons on Monday, December 1, 2014 by 12:00 noon.

Count 1 is dismissed on motion of the government.

**Court Reporter:**    Denise Halasey
**Courtroom Deputy:**  Joella Baldwin